UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-F-05-1610 AWI LJO |
| Plaintiff, | **ORDER REASSIGNING CASE AS A MISCELLANEOUS CASE** |
| vs. | |
| NEW VISTA CAPITAL FUND, LP, | |
| Defendants. / | |

The above entitled action was opened as a "civil action" whereas the case should have been opened as a "miscellaneous case." The case is pending before the United States District Court, Northern District of California, San Jose Division as Case no. CV-05-4187 JF-PVT where a receiver is requested to be appointed. The complaint was filed in this District for the purpose of facilitating the receiver's duties. A receiver appointed in a civil action "shall, within ten days after the entry of his order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located." 28 U.S.C.A. § 754. The receiver filed the complaint in this District, which resulted in the case being opened as a regular civil action.

Accordingly, the clerk of the Court is DIRECTED to open this case as a miscellaneous case and close case number CV-F-05-1610 AWI LJO.

IT IS SO ORDERED.

**Dated:   March 22, 2006**           /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE